**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-60419

UNITED STATES OF AMERICA,

Plaintiff-Appellee

versus

WILLIAM KENNETH SANSING, JR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Mississippi

(1:97-CR-37-B)

August 7, 1998

Before POLITZ, Chief Judge, WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    The appeal in this criminal matter challenges the sentence as it relates to the

---

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

amount of the loss involved in the conviction for wire fraud under 18 U.S.C. § 1343, and the amount of the restitution ordered.  Having considered the briefs and pertinent parts of the record, and finding neither error nor abuse of discretion, the judgment appealed is AFFIRMED.